HARRY F. BARRELL, appellant,

*v.*

MARY BARRELL, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Barrell* v. *Barrell, 11 Stew. Eq. 60.*

*Mr. H. C. Pitney, Jr.,* for appellant.

*Mr. John R. Emery* and *Mr. H. C. Pitney,* for respondent.

PER CURIAM.

Decree unanimously affirmed for reasons given by the chancellor.